```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 10170
   LAURA M GARCIA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-3917

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/24/2008 and was confirmed 06/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
BANK OF AMERICA NA        CURRENT MORTG        .00           .00            .00
BANK OF AMERICA NA        MORTGAGE ARRE        .00           .00            .00
BANK OF AMERICA NA        UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA           NOTICE ONLY    NOT FILED           .00            .00
BRAIRWOOD TOWNHOMES       SECURED           425.00           .00            .00
BRAIRWOOD TOWNHOMES       UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1800.00          .00            .00
COMCAST                   UNSECURED      NOT FILED           .00            .00
COMCAST                   NOTICE ONLY    NOT FILED           .00            .00
HILLSTROM & HILLSTROM     UNSECURED      NOT FILED           .00            .00
MARK D WEISMAN            DEBTOR ATTY       2,094.00                     555.68
TOM VAUGHN                TRUSTEE                                         48.32
DEBTOR REFUND             REFUND                                            .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 604.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                555.68
TRUSTEE COMPENSATION                           48.32
DEBTOR REFUND                                    .00
                      --------------    --------------
TOTALS                  604.00                604.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 10170 LAURA M GARCIA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 08 B 10170 LAURA M GARCIA